IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOLANDA TOOLIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 16 CV 10113 |
| v. ) | |
| ) | Hon. Charles R. Norgle |
| WHOLE FOODS MARKET GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Defendant Whole Foods Market Group, Inc.'s Motion to Dismiss [16] is denied. A more specific statement on all claims is due on or before March 17, 2017. Ashcroft v. Iqbal, 129 S. Ct. 1937, 1949 (2009) (quoting Bell Atlantic Co. v. Twombly, 127 S. Ct. 1955, 1974 (2007)).

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: January 26, 2017